**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| *UNITED STATES OF AMERICA*, for the use of Montano Construction, Inc. ) ) ) ) **Plaintiff,** ) ) v. ) ) **AEGIS SECURITY INSURANCE** ) **COMPANY a Pennsylvania Corporation,** ) Serve CT Corporation System ) 1015 15th Street, NW ) Suite 1000 ) Washington, D.C. 20005 ) ) ) **Defendant.** ) ) | Civil Action |

**COMPLAINT**
**(Suit to Enforce Payment Bond Rights**
**Pursuant to 40 U.S.C. § 270 et seq.)**

Comes now the plaintiff, United States of America, for the use of Montano Construction, Inc, by and through undersigned counsel and seeks judgment against the defendant Aegis Security Insurance Company for reasons outlined below.

**NATURE OF THE ACTION**

1. This is a Miller Act suit brought in the name of the United States of America for the use of Montano Construction, Inc. ("Montano") against Aegis Security Insurance Company ("Aegis), to recover Fifty-Four Thousand Six Hundred Sixty-Six Dollars ($54,666.00), plus interest,

costs and attorney's fees on the payment bond furnished by Aegis for a construction project owned by the United States and located in the District of Columbia.

## JURISDICTION AND VENUE

2. Jurisdiction and venue is conferred on this Court by 40 U.S.C. § 270(b), providing for original jurisdiction in the United States District Court for any District in which the contract was to be performed and executed.

3. The subcontract described in Paragraph 13 below was executed and performed in the District of Columbia.

## THE PARTIES

4. Plaintiff, Montano, is a corporation organized and existing under the laws of the Commonwealth of Virginia, which is authorized to transact business in the District of Columbia and which, at all times relevant hereto, has been engaged in the business of, among other things, performing McMillian Transformer-Switchgear renovations at the Washington Aqueduct Division in Washington, D.C.

5. Defendant, Aegis, is a corporation organized and existing under the laws of the State of Pennsylvania, with its principal place of business at 4507 North Front Street, Suite 200, Harrisburg, Pennsylvania 17110. At

all times relevant hereto, Aegis has been engaged in business as a construction payment bond surety within the jurisdiction of this Court, the District of Columbia.

6. Aegis' resident agent in the District of Columbia is CT Corporation System 1015 15th Street, NW, Suite 1000, Washington, D.C. 20005.

## COUNT I
### (Miller Act Payment Bond)

7. Paragraphs One (1) through six (6) above are incorporated by reference herein as though stated in full.

8. This action arises from a Miller Act Payment Bond dated July 25, 2016 between Team Henry Enterprises, LLC, Inc. ("Team Henry"), as principal, and Aegis as surety in the amount of $2,438,250.15, identified as Bond No. B10 028 147 ("Payment Bond"). A true and correct copy of the Payment Bond is attached hereto as Exhibit "A" and is incorporated herein by reference.

9. The Payment Bond arises from a contract dated July 21, 2016, between the United States of America Corps of Army Engineers and Team Henry for the performance of McMillan Transformer/Switchgear Building Renovations located at the Washington Aqueduct Division in Washington, D.C. (the "Prime Contract").

10. The Prime Contract No. is W912DR-16-C-0027.

11. In connection with Team Henry's performance as prime contractor on the Prime Project, on or about July 25, 2016, Team Henry, as principal, and Aegis, as surety, executed the Payment Bond pursuant to the Miller Act, 40 U.S.C. § 270 et seq.

12. In doing so Team Henry and Aegis jointly and severally guaranteed the payment of all persons, including Montano, furnishing labor and/or material in the prosecution of the work provided for in the Prime Contract and provided such persons with a direct right of action against Team Henry and Aegis.

13. On or about September 6, 2018, Team Henry Enterprises, LLC entered into a subcontract with Montano (the "Subcontract") under which Montano agreed to perform certain specified work relating to the repair and renovation of the Transformer/Switchgear Building, North Clearwall Gatehouse and South Clearwall Gatehouse, said work constituting a portion of the work required by the Prime Contract. A copy is attached as Exhibit B.

14. The sum stated in the Subcontract that Montano is to be paid is One Hundred Thirty Eight Thousand Dollars ($138,000.00)

15. Montano has satisfactorily performed all of its obligations under the aforesaid Subcontract with Team Henry and properly billed Team Henry for all its work.

16. The location of the project was within the jurisdiction of this Court in the District of Columbia.

17. The work on the Prime Contract and Montano's work on the Sub-contract was performed, within the jurisdiction of this Court in the District of Columbia.

18. The last of the work, services, labor and/or materials under the aforesaid Subcontract was done, performed and furnished by Montano over ninety (90) days before the institution of this action on the Payment Bond.

19. This complaint is timely filed.

20. Montano has been paid Eighty-Three Thousand Three Hundred Thirty four dollars ($83,334.00) covering some of the work it performed under the subcontract.

21. After allowing appropriate credit for all payments made to Montano pursuant to its Subcontract with Team Henry, there remains due and owing to Montano for labor, materials, services and/or work furnished

on the Project the amount of Fifty-Four Thousand Six Hundred Sixty-Six Dollars ($54,666.00), plus interest, costs and attorney fees which sum Team Henry has failed and neglected to pay to Montano despite due demand therefor.

22. Although not required to do so by law, Montano has notified Aegis in writing of Team Henry's failure to pay Montano the amounts due under the Subcontract, and has made demand upon Aegis to meet Team Henry's payment obligation to Montano in accordance with the Payment Bond for the Project.

23. Despite due demand, Team Henry and Aegis have wrongfully failed and neglected to make payment to Montano of the amount due.

24. As a direct result of the foregoing, Montano has incurred damages in the amount of Fifty-Four Thousand Six Hundred Sixty-Six Dollars ($54,666.00), plus interest, costs and attorney fees.

25. Montano is a proper claimant under the Payment Bond and the Miller Act.

26. Montano has fulfilled and satisfied all conditions precedent to the bringing of this suit and recovery under the Payment Bond.

27. Pursuant Paragraph 14.2 in the subcontract described in Paragraph 13

above Montano may receive all costs, expenses and attorney fees from this action if it prevails.

WHEREFORE, Plaintiff Montano Construction, Inc. demands judgment against Defendant Aegis Security Insurance Company in the amount of Fifty-Four Thousand Six Hundred Sixty-Six Dollars ($54,666.00) plus pre-and post-judgment interest, costs, and attorneys' fees and for such other and further relief as this Court deems necessary and just.

Respectfully Submitted,

*/s/ Ferris Ridgely Bond*
Ferris Ridgely Bond - D.C. Bar #372607
Bond & Norman Law, PC
American Association of Justice Building
777 Sixth Street, NW #410
Washington, DC 20001
Tel: 202-682-4100 Cell (202) 423-3859
Fax (202) 207-1041
Email: Ferrisbond@bondandnorman.com
Attorney for Montano Construction, Inc.

*/s/ Jane Carol Norman*
Jane Carol Norman - D.C. Bar (#384030)
American Association of Justice Building
Bond & Norman Law, PC
777 Sixth Street, NW #410
Washington, DC 20001
Tel: 202-682-4100 – Cell (202) 423-3863
Fax (202) 207-1041
Email:Janenorman@bondandnorman.com
Attorney for Montano Construction, Inc.